District Judge Richard A. Jones
Magistrate Judge Theresa L. Fricke

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PETR VASILASH,

                    Petitioner,

          v.

MERRICK B. GARLAND, *et al.*,

                    Respondents.

Case No. CV 23-00502 RAJ-TLF

~~PROPOSED~~ ORDER GRANTING
MOTION TO DISMISS FOR
MOOTNESS

The Court, having reviewed the pleadings and materials in this case, it is hereby

**ORDERED** that:

Respondent's Motion to Dismiss is GRANTED.

Dated this 10th day of May, 2023.

_____
The Honorable Richard A. Jones
United States District Judge